Decided September 5, 2008

JOHN A. FANOTTO, JR., ET AL. *v.* INLAND
WETLANDS COMMISSION OF THE
TOWN OF SEYMOUR

The amicus curiae petition of the commissioner of environmental protection for certification for appeal from the Appellate Court, 108 Conn. App. 235 (AC 28405), is dismissed.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Kimberly P. Massicotte*, assistant attorney general, *David H. Wrinn*, assistant attorney general, and *Patricia A. Horgan*, assistant attorney general, in support of the petition.

*Matthew Ranelli*, in opposition.

Decided September 5, 2008

KEVIN LUCAS *v.* COMMISSIONER OF CORRECTION

The petitioner Kevin Lucas' petition for certification for appeal from the Appellate Court, 108 Conn. App. 903 (AC 28438), is denied.

*Mary Boehlert*, special public defender, in support of the petition.

*Timothy J. Sugrue*, senior assistant state's attorney, in opposition.

Decided September 5, 2008